■ In the Matter of JOY A. BODNAR, Appellant. KATHERINE BODNAR, Respondent. [691 NYS2d 802] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Tenney, J.). We add only that there is no indication in the record that petitioner requested an evidentiary hearing. The essential facts are undisputed. (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Religious Corporations Law.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.

■ ALADDIN DEVELOPMENT & CONSTRUCTION CO., INC., Respondent-Appellant, v FLEET BANK OF NEW YORK, N. A., Appellant-Respondent. [691 NYS2d 371] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Howe, J.). We add only that the issue of fact whether plaintiff had constructive possession of the checks precludes summary judgment on both the conversion and the breach of contract causes of action (*see, State of New York v Barclays Bank,* 76 NY2d 533, 540-541). (Appeals from Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.